# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KENNETH JACKSON, | : | Case No. 3:11-cv-358 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| vs. | | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 9)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 9), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Defendant Commissioner's non-disability finding is affirmed, and this case be **CLOSED**.

Date:  December 3, 2012                                            *Thomas M. Rose*

                                                                    _____
                                                                              Thomas M. Rose
                                                                       United States District Judge